IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-3318-AP**

**ANGELINE L. MOORE,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Plaintiff's Motion to Amend Briefing Schedule (doc. #11), filed May 30, 2012, is **GRANTED**.  Opening brief is due July 3, 2012; response brief is due August 2, 2012; reply brief is due August 17, 2012.

Dated:  May 30, 2012