IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-3318-AP**

**ANGELINE L. MOORE,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Plaintiff's Motion to Amend Briefing Schedule (doc. #15), filed August 13, 2012, is **GRANTED**.  Reply brief is due August 27, 2012.

Dated:  August 13, 2012