# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-03318-REB

ANGELINE L. MOORE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.[1]

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Reversing Disability Decision and Remanding to Commissioner** [#19] entered by Judge Robert E. Blackburn on March 25, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **REVERSED**; and

2.  That this case is **REMANDED** to the ALJ, who is directed to

    a.    Reevaluate whether plaintiff's chronic pain syndrome constitutes a severe impairment at step 2 of the sequential evaluation;

    b.    Re-contact any treating, examining, or reviewing sources for further clarification of their findings, seek the testimony of additional medical

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin, who as of Feb. 14, 2013 has been named as the Acting Commissioner, is automatically substituted for Michael J. Astrue as the defendant in this suit.

      or vocational experts, order additional consultative or other examinations, or otherwise further develop the record as she deems necessary;

c.   Reevaluate her determinations at the remaining steps of the sequential evaluation process in light of her conclusions regarding whether chronic pain syndrome constitute a severe impairment at step 2; and

d.   Reassess the disability determination.

DATED at Denver, Colorado, this 27th day of March, 2013.

        FOR THE COURT:

        JEFFREY P. COLWELL, CLERK

        By: s/Edward P. Butler
            Edward P. Butler
            Deputy Clerk