**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-03318-REB

ANGELINE L. MOORE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

**Blackburn, J.**

    The matter is before me on the **Plaintiff's Motion For Attorney Fees (Unopposed)** [#23][1] filed April 11, 2013. After reviewing the motion and the record, I conclude that the motion should be granted and that plaintiff should receive a total award of $3,538.94 under the EAJA.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Plaintiff's Motion For Attorney Fees (Unopposed)** [#23], filed April 11, 2013, is **GRANTED**;

    2. That the plaintiff **SHALL BE AWARDED** the amount of $3, 538.94; and

    3. That the EAJA award is without prejudice to Plaintiff's attorneys right to seek attorney fees pursuant to Section 206(b) of the Social Security Act, 42, U.S. § 406(b), subject to the offset provisions of the EAJA.

    Dated April 12, 2013, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  Robert E. Blackburn
                                                  United States District Judge

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.